# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES MASSEY,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              1:03cv301-03-MU

DAVID MITCHELL; D.H. BREWER;
JOHNNY TAYLOR III,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2006 Order.


                                                                  FRANK G. JOHNS, CLERK

May 10, 2006

                                                *s/Elizabeth J. Barton*
                              BY: _____
                                                Elizabeth J. Barton, Deputy Clerk